UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| NINA MAY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNIVERSITY HEALTH SYSTEMS OF )<br>EASTERN NORTH CAROLINA, INC., d/b/a )<br>VIDANT MEDICAL CENTER, VIDANT )<br>COMPANY POLICE DEPARTMENT, THE )<br>CITY OF GREENVILLE, NC, THE CITY )<br>OF GREENVILLE, NC POLICE )<br>DEPARTMENT, PITT COUNTY )<br>MEMORIAL HOSPITAL, d/b/a VIDANT )<br>MEDICAL CENTER, )<br>)<br>Defendants. ) | **DEFAULT JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:21-CV-14-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court grants defendants' motions to dismiss [D.E. 20, 22, 24, 32] and DISMISSES WITHOUT PREJUDICE plaintiff's complaint [D.E. 7].

**This Judgment Filed and Entered on December 10, 2021, and Copies To:**

| | |
|---|---|
| Nina May | (Sent to 5838 Stantonburg Rd. Farmville, NC 27828 via US Mail) |
| Jay C. Salsman | (via CM/ECF electronic notification) |
| Angela Sheets | (via CM/ECF electronic notification) |
| Dan McCord Hartzog, Jr. | (via CM/ECF electronic notification) |

DATE:  
December 10, 2021

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk